IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-01050-MSK-MJW

RAYMOND S. VINTON,

    Plaintiff,

v.

ADAM AIRCRAFT INDUSTRIES, INC., and
GEORGE F. ADAM a/k/a Rick Adam,

    Defendants.

___

**ORDER SETTING HEARING**
___

The Court will conduct a non-evidentiary hearing at **2:00 p.m.** on **Tuesday, September 6, 2005** to address: the recommendation **(#21)** of Magistrate Judge Watanabe of the assignment of a special master with respect to the alleged privileged communications between the plaintiff and the defendant representatives.

Counsel may attend this hearing by telephone and will need to contact Courtroom Deputy Maureen Nelson no later than **two (2) days prior to the hearing** to make the necessary telephonic arrangements.

1

DATED this 24th day of August, 2005.

                                              **BY THE COURT:**

                                          Marcia S. Krieger
                                          United States District Judge