IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-01050-MSK-MJW

RAYMOND S. VINTON,

Plaintiff,

v.

ADAM AIRCRAFT INDUSTRIES, INC., et al.,

Defendants.

## MINUTE ORDER

**Entered by United States Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the Amended Motion for Entry of Agreed Protective Order, filed with the Court on August 26, 2005, is GRANTED. The Agreed Protective Order, tendered to the court on August 26, 2005, is approved and made an order of the court.

Date: August 29, 2005