IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| RAYMOND S. VINTON,<br>     Plaintiff,<br><br>v.<br><br>ADAM AIRCRAFT INDUSTRIES, INC.;<br>GEORGE F. ADAM, a/k/a RICK ADAM;<br>KIMBERLY BURQUEST,<br>     Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br>05-CV-1050-MSK-MJW |

## AGREED PROTECTIVE ORDER

In accordance with the Federal Rules of Civil Procedure, the parties have conferred and agreed, as evidenced by their signatures below, to entry of this Agreed Protective Order establishing certain restrictions upon producing Plaintiff's medical records to Defendant. In accordance therewith, the Court **ORDERS** as follows:

It is **ORDERED** that each page released shall be stamped top and bottom with a red ink stamp that states: CONFIDENTIAL--THIS DOCUMENT IS SUBJECT TO A FEDERAL COURT PROTECTIVE ORDER RESTRICTING ITS USE.

It is **ORDERED** that NO copies of the released documents will be made. A control list shall be kept of the names of all individuals receiving and/or reading any of the released documents.

It is **ORDERED** that the documents shall only be received or read by those individuals with a need to know in the effort to defend this lawsuit and those individuals shall not discuss the contents of the released documents with anyone outside of those attorneys and experts defending this case.

It is further **ORDERED** that within five days of the conclusion of this litigation, all released documents and the control list shall be sent to the Plaintiff accompanied by affidavits signed by a corporate officer of Defendant and one counsel from each firm representing Defendant stating that

all released documents have been returned and no copies have been made. Should any breach occur under this order, the parties shall have a cause of action for damages. The losing party in any such action shall be responsible to pay the prevailing party attorney's fees, expenses and costs.

SIGNED this 26th day of August, 2005.

_____
~~JUDGE PRESIDING~~
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE

APPROVED & ENTRY REQUESTED:

_____
Ben C. Martin
*Attorney for Plaintiff*

_____
Robert L. Matthews, Esq.
*Attorney for Defendant*

_____
Alan S. Loewinsohn, Esq.
Carol E. Farquhar, Esq.
*Attorneys for Defendant*

_____
Wilson E. Wray, Jr.
*Attorney for Defendant*