IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-01050-MSK-MJW

RAYMOND S. VINTON,

Plaintiff,

v.

ADAM AIRCRAFT INDUSTRIES, INC., et al.,

Defendants.

## MINUTE ORDER

**Entered by United States Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that Defendant Adam Aircraft's Motion for Protective Order (docket no. 8) **concerning the personnel file of Tom Wiesner is DENIED**. The court has now reviewed, *in camera*, the personnel file of Tom Wiesner, Bate stamped numbered AAI00225 through AAI00314, inclusive, pursuant to Martinelli v. District Court, 612 P.2d 1083 (Colo. 1980). In applying the balancing test as outlined in the Martinelli case, this court finds that Tom Wiesner's interest in privacy is outweighed by the need for such discovery.

It is **FURTHER ORDERED** that the Defendants shall provide to the Plaintiff the personnel file of Tom Wiesner, Bate stamped numbered AAI00225 through AAI00314, inclusive, on or before October 28, 2005.

It is **FURTHER ORDERED** that Plaintiff may use the personnel file of Tom Wiesner for the limited purpose of this litigation only and for no other purpose, and the Plaintiff may not distribute the personnel file of Tom Wiesner, Bate stamped numbered AAI00225 through AAI00314, inclusive, or the ShawPittman Report to any third party unless given permission by the court.

It is **FURTHER ORDERED** that the personnel file of Tom Wiesner, Bate stamped numbered AAI00225 through AAI00314, inclusive, and the ShawPittman Report shall be sealed and not opened except by further Order of Court.

Date: October 21, 2005