IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-01050-MSK-MJW

RAYMOND S. VINTON,

Plaintiff,

v.

ADAM AIRCRAFT INDUSTRIES, INC., et al.,

Defendants.

## MINUTE ORDER

**Entered by United States Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the Plaintiff's Motion Under FRCVP [sic] 72(a), which was filed on September 19, 2005 (Docket No. 61), and which has been construed as a motion for reconsideration is denied. The court finds no basis for reconsideration of its Scheduling Order.

Date: October 28, 2005