IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-01050-MSK-MJW

RAYMOND S. VINTON,

Plaintiff,

v.

ADAM AIRCRAFT INDUSTRIES, INC., et al.,

Defendants.

---

## MINUTE ORDER

---

**Entered by United States Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the Plaintiff's Motion to Vacate Notice of Taking of Plaintiff's Deposition (filed in the Northern District of Texas, Dallas Division under case number #:04-CV-2596-K prior to this case being transferred to the District of Colorado) is DENIED as MOOT.  After this case was transferred to the District of Colorado, this court entered a Rule 16 Scheduling Order on September 7, 2005, which governs the discovery in this case and includes the deposition of the Plaintiff.

It is FURTHER ORDERED that the Defendants' Motion to Compel Deposition of Plaintiff (filed in the Northern District of Texas, Dallas Division under case number #:04-CV-2596-K prior to this case being transferred to the District of Colorado is DENIED as MOOT.  After this case was transferred to the District of Colorado, this court entered a Rule 16 Scheduling Order on September 7, 2005, which governs the discovery in this case and includes the deposition of the Plaintiff.

It is FURTHER ORDERED that the Defendants' Motion to Compel Responses to his Combined First Requests for Admissions, Interrogatories, and Requests for Production of Documents to Defendants (filed in the Northern District of Texas, Dallas Division under case number #:04-CV-2596-K prior to this case being transferred to the District of Colorado is DENIED as MOOT.  After this case was transferred to the District of Colorado, this court entered a Rule 16 Scheduling Order on September 7, 2005, which governs the discovery in this case.

Date:  November 4, 2005