IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-01050-MSK-MJW

RAYMOND S. VINTON,

Plaintiff,

v.

ADAM AIRCRAFT INDUSTRIES, INC., et al.,

Defendants.

## MINUTE ORDER

**Entered by United States Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the Stipulated Motion for Protective Order (docket no. 97) is GRANTED. The written Stipulated Protective Order is APPROVED and made and Order of Court.

It is FURTHER ORDERED that the Plaintiff's Motion for Sanctions Against Defendants for Violation of a Court Order (docket no. 82) is DENIED. There is no basis in law or fact for the relief sought in this motion.

Date: November 17, 2005