IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-01050-MSK-MJW

RAYMOND S. VINTON,

Plaintiff,

v.

ADAM AIRCRAFT INDUSTRIES, INC., et al.,

Defendants.

---

**MINUTE ORDER**

---

**Entered by United States Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the Plaintiff's Motion for Sanctions, filed on January 23, 2006 (Docket No. 134), is DENIED.  Pursuant to D.C.COLO.LCivR 30.2, which is entitled "EFFECT OF FILING MOTION FOR PROTECTIVE ORDER OR MOTION TO LIMIT EXAMINATION:"

Pending resolution of any motion under Fed. R. Civ. P. 26(c) or 30(d), no party, attorney, or witness is required to appear at the deposition to which the motion is directed until the motion has been resolved.  The filing of a motion under either of these rules shall stay the discovery to which the motion is directed until further order of the court.

Had plaintiff's counsel bothered to become familiar with the Local Rules of Practice, he would know that due to the Defendants' Motion for Protective Order Pursuant to Fed. R. Civ. P. 26(c) (Docket No. 119), which is set for a hearing before this court on February 1, 2006, at 3:00 p.m. (see Docket No. 133), the defendants properly did not produce Mr. Glen Maben for deposition and blocked testimony of the other deponents on January 11, 2006, in the areas that are the subject matter of the defendants' motion. Plaintiff's counsel would be well advised to become familiar with the Local Rules of Practice prior to filing such baseless motions, rather than relying on cases from other jurisdictions, otherwise sanctions may very well be imposed.

Date:  January 24, 2006