IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-01050-MSK-MJW

RAYMOND S. VINTON,

Plaintiff,

v.

ADAM AIRCRAFT INDUSTRIES, INC., et al.,

Defendants.

## MINUTE ORDER

**Entered by United States Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that Plaintiff's Notice of Withdrawal of Certain Discovery Questions and Three Deposition Notices (docket no. 139) is GRANTED.  The notices of deposition for Glen Maben, Ron May and Matt Kull are all quashed and vacated.  Moreover, the Plaintiff has withdrawn all of the questions asked of Rick Adam or John Knudsen in their depositions taken at Centennial Airport on January 11, 2006, wherein defense counsel instructed these deponents not to answer, and which are the subject of the Motions for Protective Order Filed by Defendants Adam Aricraft Industries, Inc., George F. Adam a/k/a Rick Adam and Kimberly M. Burquest.

It is FURTHER ORDERED that the Defendants Adam Aircraft Industries, Inc., George F. Adam a/k/a Rick Adam and Kimberly M. Burquest's Motion for Protective [sic] Pursuant to Fed. R.Civ.P. 26(c) (docket no. 138) is MOOT and therefore DENIED.  The Plaintiff has withdrawn the notice of deposition for Matt Kull and therefore this motion is MOOT.  The deposition of Matt Kull is vacated.

It is FURTHER ORDERED that Plaintiff's Motion to Withdraw His Motion for a Protective Order Filed on January 18, 2006 (docket no. 137) is GRANTED.  Plaintiff's Motion for Protective Order Pursuant to FRCP [sic] 26(c) (docket no. 131) is withdrawn.

It is FURTHER ORDERED that the Motions Hearing set before Magistrate Judge Watanabe on February 1, 2006, at 3:00 p.m. remains set.  This court will hear oral argument on Defendants Adam Aircraft Industries, Inc., George F. Adam a/k/a Rick

Adam, and Kimberly M. Burquest's Motion for Protective Order Pursuant to Fed. R. Civ.P. 26(c) (docket no. 119) on February 1, 2006, at 3:00 p.m.

Date:  January 30, 2006