IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01050-MSK-MJW

RAYMOND S. VINTON,

Plaintiff,

v.

ADAM AIRCRAFT INDUSTRIES, INC., et al.,

Defendants.

---

**ORDER REGARDING DEFENDANTS' MOTION FOR PROTECTIVE ORDER
PURSUANT TO FED. R. CIV. P. 26 (C) (DOCKET NO. 154)**

---

**MICHAEL J. WATANABE
United States Magistrate Judge**

This matter was before the court on July 28, 2006, for hearing on Defendants' Motion for Protective Order Pursuant to Fed. R. Civ. P. 26(c) (docket no. 154). The court has reviewed the motion, response (docket no. 156), and reply (docket no. 157). In addition, the court has taken judicial notice of the court's file and has considered applicable Federal Rules of Civil Procedure and case law. The court has also considered oral argument presented by the parties. The court now being fully informed makes the following findings of fact, conclusions of law, and order.

### FINDINGS OF FACT AND CONCLUSIONS OF LAW

Defendants request that this court enter a protective order pursuant to Fed. R. Civ. P. 26(c) against Plaintiff Raymond S. Vinton preventing him from directly

2

contacting the Defendants and their representatives, employees, and insurers.

Defendants argue that a protective order is needed to prevent any further inappropriate and oppressive behavior by Plaintiff Raymond S. Vinton toward the Defendants and their representatives, employees, and insurers. In support of this request for a protective order, Defendants direct this court to prior discovery disputes that this court has presided over during this litigation. This court will take judicial notice, pursuant to Fed. R. Evid. 201, of this court's docket entries and all previously rulings by this court on discovery matters. Defendants do not cite any other legal authority in support of this protective order other than Fed. R. Civ. P. 26(c).

It is undisputed that Raymond S. Vinton is a licensed attorney in the State of Texas and is a party to this lawsuit. As of the date of this order, Mr. Vinton is not admitted to practice law before the United States District Court for the District of Colorado. Mr. Vinton is currently being represented by counsel, Ben C. Martin, Esquire. Mr. Vinton has been directly contacting Defendants and their representatives, employees, and insurers. He has used his legal letterhead from the State of Texas in some of the contacts. By using his legal letterhead, some of the people Mr. Vinton is contacting may be misled as to his status in this litigation. As mentioned earlier, Mr. Vinton is a party, not counsel of record. A party is not prohibited from contacting another party or other potential witnesses in a civil lawsuit.

**ORDER**

Accordingly, it is here **ORDERED**:

    1.    That Defendants' Motion for Protective Order Pursuant to Fed. R.

Civ. P. 26(c) (docket no. 154) is **GRANTED IN PART AND DENIED IN PART**.

2. That the Motion is **GRANTED** insofar as Plaintiff Raymond S. Vinton may not use his legal letterhead when contacting another party or other witness since using such letterhead is misleading in the context of this case.

3. That the remainder of the Motion is **DENIED**.

4. That each party shall pay their own attorney fees and costs for this Motion.

Done this 31st day of July 2006.

                BY THE COURT

                s/ Michael J. Watanabe
                Michael J. Watanabe
                U.S. Magistrate Judge