IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01050-MSK-MJW

RAYMOND S. VINTON,

    Plaintiff,

v.

ADAM AIRCRAFT INDUSTRIES, INC., and
GEORGE F. ADAM a/k/a Rick Adam,

    Defendants.

## ORDER

THIS MATTER is before the Court on Plaintiff's Motion for Reconsideration of Order Entered on November 9, 2006 (Docket No. 166) **(#167).** The Court being fully advised in the foregoing,

**ORDERS** that Plaintiff's Motion for Reconsideration of Order Entered on November 9, 2006 (Docket No. 166) **(#167)** is **DENIED in part** and **GRANTED in part.** It is denied as to the request to vacate the pre-trial conference but is granted as to the request to appear telephonically. Counsel for the plaintiff may appear at the pre trial conference scheduled for November 14, 2006 at 8:00 a.m. by telephone and shall contact the Courtroom Deputy at 303-335-2185 as soon as possible to make arrangements. Cell phones are not permitted for telephone appearances.

Dated this 13th day of November, 2006

                                  **BY THE COURT:**

                                  Marcia S. Krieger
                                  United States District Judge