IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01050-MSK-MJW

RAYMOND S. VINTON,

    Plaintiff,

v.

ADAM AIRCRAFT INDUSTRIES, INC.,

    Defendant.

## ORDER

THIS MATTER is before the Court on the Plaintiff's Motion to Dismiss Adam Aircraft Industries, Inc. With Prejudice **(#194)**.  The Court being fully advised in the foregoing,

**ORDERS** that the Motion **(#194) is GRANTED**.  All claims against Adam Aircraft Industries, Inc. asserted by the plaintiff are hereby dismissed with prejudice.  The Clerk of the Court is directed to close this case.

Dated this 24th day of January, 2007

          **BY THE COURT:**

          */s/ Marcia S. Krieger*

          Marcia S. Krieger
          United States District Judge